UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF FLINT PLUMBING &
PIPEFITTING INDUSTRY PENSION
FUND, FLINT PLUMBING &     CASE NO. 15-cv-12979
PIPEFITTING INDUSTRY DEFINED    HONORABLE GEORGE CARAM STEEH
CONTRIBUTION FUND, FLINT
PLUMBING & PIPEFITTING
INDUSTRY SUPPLEMENTAL
UNEMPLOYMENT BENEFIT FUND,

        Plaintiffs,

v.

DENNIS COOK'S PLUMBING, INC., a
Michigan corporation, d/b/a/ DENNIS
COOK PLUMBING & MECHANICAL,
and DENNIS COOK, individually,

        Defendants.
_____/

ORDER GRANTING IN PART PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT (DOC. #9)
AND SETTING ASIDE CLERK'S ENTRY OF DEFAULT
(DOC. #8) AGAINST DEFENDANT DENNIS COOK, ONLY

    Now before the court is plaintiffs' motion for default judgment against all defendants (Doc. #9).  After the motion was filed, defendant Dennis Cook filed a response.  (Doc. #11). The court held a hearing on January 12, 2016.  At the hearing, defendant Cook communicated his intention to represent himself moving forward, but that he would not be hiring an attorney for the defendant corporation, Dennis Cook's Plumbing, Inc.  For the reasons explained at the hearing, plaintiff's motion for default judgment is granted in part

as it relates to the corporate defendant, only. As it relates to defendant Cook, the motion is denied. The Clerk's entry of default (Doc. #8) is set aside against defendant Cook, only.

IT IS SO ORDERED.

Dated: January 13, 2016

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 13, 2016, by electronic and/or ordinary mail and also on Dennis Cook, 2380 Meadow St., Flushing, MI 48433.

s/Barbara Radke
Deputy Clerk