UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLINT PLUMBING & PIPEFITTING
INDUSTRY PENSION FUND, et al,

       Plaintiffs,

                                   Case No. 15-CV-12979
vs.                                 HON. GEORGE CARAM STEEH

DENNIS COOK'S PLUMBING, INC.
et al,

       Defendants.
_____/

## ORDER DISMISSING SHOW CAUSE [DOC. 13]

The court ordered plaintiff to show cause why this above-entitled case should not be dismissed for failure to prosecute pursuant to E.D. Mich LR 41.2. At oral argument held on January 12, 2016, the court instructed plaintiff to contact defendant, who is appearing *pro se*, at a specified cell phone number about complying with plaintiff's audit request. Plaintiff did not do so, and an Order to Show Cause was issued. Plaintiff filed a response to the Order to Show Cause on March 1, 2016 stating that plaintiff did in fact contact defendant and that plaintiff believes the requested documents will be produced by March 16, 2016. Plaintiff requests that the court set a control date of March 16, 2016. The court finds that plaintiff has satisfied the order to show cause.

IT IS ORDERED that the show cause order issued by the court is DISMISSED.

IT IS FURTHER ORDERED that a control date of March 16, 2016 be set by which time plaintiff shall notify the court in writing of the status of completion of the

audit.  Plaintiff is cautioned that failure to notify the court in writing of the status of completion of the audit by March 16, 2016 may result in a dismissal of the case for failure to prosecute.

    SO ORDERED.

Dated:  March 10, 2016

                                         s/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 10, 2016, by electronic and/or ordinary mail and also on Dennis Cook, 2380 Meadow St., Flushing, MI 48433.

s/Barbara Radke
Deputy Clerk

---